**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XINLONG XIE, | Case No. CV 25-8782 PA (PVCx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| PAM BONDI, et al., | |
| Defendants. | |

In accordance with the Court's January 30, 2026 Minute Order dismissing this action for failure to prosecute and failure to comply with the Court's Orders,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the action is dismissed without prejudice.

DATED: January 30, 2026

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE